IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CINDY WELLS, | * |
| Plaintiff, | * |
| v. | Case No.   7:22-CV-40(HL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed November 15, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $6,800.24.

This 15th day of November, 2022.

David W. Bunt, Clerk

s/  Robin L. Walsh, Deputy Clerk